No. 02–1773. SUK YOON KIM ET AL. v. ISHIKAWAJIMA HARIMA HEAVY INDUSTRIES, LTD., ET AL.;
No. 02–1776. TENNEY ET AL. v. MITSUI & CO., LTD., ET AL.;
No. 02–1778. MA ET AL. v. KAJIMA CORP. ET AL.; and

No. 02–1784. SALDAJENO ET AL. *v.* ISHIHARA SANGYO KAISHA, LTD., ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 324 F. 3d 692.